UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANTHONY STONE,

    Petitioner,

v.                                          Case No. 12-cv-10289-DT

JOHN PRESLESNIK,

    Respondent.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    This matter is before the court on Petitioner Robert Stone's Petition for Writ of Habeas Corpus [ Dkt #1] and Motion to hold his Petition in Abeyance. [Dkt #4]. The case was referred to United States Magistrate Judge Paul J. Komives pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1(b)(2).

    The magistrate judge issued his report on November 20, 2012, recommending that this court deny Petitioner's Petition for Writ of Habeas Corpus, Deny a Certificate of Appealability and deny the Motion to hold his Petition in Abeyance. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C), thus further appeal rights are waived. In addition, the failure to object to the magistrate judge's report releases the court from its duty to review independently the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Therefore,

    IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Petitioner's Application for Writ of Habeas Corpus [Dkt#1] is

**DENIED** and the Petitioner's Motion to hold the petition in abeyance and a Certificate of Appealability are **DENIED.**

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  December 19, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 19, 2012, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522