UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANTHONY STONE,

        Petitioner,        Case No. 12-CV-10289-DT

v.

JOHN PRESLESNIK

        Respondent.
_____/

## JUDGMENT

In accordance with the December 19, 2012 an "Order Denying Petition for a Writ of Habeas Corpus and Denying a Certificate of Appealability,"

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent John Preslesnik and against Petitioner Robert Anthony Stone.

Dated at Detroit, Michigan, this 19th day of December, 2012.

                DAVID J. WEAVER
                CLERK OF THE COURT

BY: s/Lisa G. Wagner
      Lisa Wagner, Deputy Clerk
      and Case Manager to
      Judge Robert H. Cleland